UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRECIOUS SEGUIN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2442** |
| **REMINGTON ARMS COMPANY, L.L.C.** | **SECTION "B"(2)** |

**JUDGMENT**

Pursuant to the United States Court of Appeals Fifth Circuit judgment and decision (Rec. Docs. 169, 169-1),

Judgment is thereby entered in favor of Defendant Remington Arms Company, L.L.C., dismissing claims against it in the above-captioned action at plaintiff's cost.

New Orleans, Louisiana this 1st day of August, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE